UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff*,<br><br>v.<br><br>$30,200.00 IN UNITED STATES CURRENCY;<br>  *Defendant*.<br><br>[CLAIMANT: KORIN CAMPBELL] | Civil No.<br><br><br><br><br><br><br><br>December 15, 2022 |

## VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 21 U.S.C. § 881(a)(6), which provides for the forfeiture of proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendant is $30,200.00 in United States Currency ("Defendant Asset").

4. The Defendant Asset is located within the jurisdiction of this Court.

5. On September 20, 2022, Korin Campbell submitted an administrative claim of ownership to the Defendant Asset $30,200.00 in United States Currency.

### Background of Investigation

6. In or around January of 2020, law enforcement began an investigation into a drug trafficking organization conspiracy led by Michael Lee ("M. Lee"). This conspiracy

1

included M. Lee's brother Alexander Lee ("A. Lee") who resides at 43 Graham Road, Windsor, Connecticut ("43 Graham Road") along with his mother Claimant Korin Campbell ("Campbell"). Law enforcement was able to confirm the multi-year drug trafficking activities of M. Lee and A. Lee through, among other things, surveillance, Title III court approved wire intercepts, and controlled purchases of narcotics.

7. As part of the investigation, in or around February of 2022, law enforcement seized a parcel destined for 43 Graham Road (A. Lee's and his mother's residence) sent by A. Lee while A. Lee was in California. In this package, law enforcement found 15,000 counterfeit Oxycodone pills containing fentanyl.

8. During the course of the investigation, law enforcement established surveillance on A. Lee. After law enforcement observed A. Lee making apparent narcotics transactions with two of A. Lee's customers, law enforcement approached these two customers and they both identified A. Lee as the individual who sold them the narcotics that were later found in their possession.

9. On June 29, 2022, law enforcement executed a federal search and seizure warrant on 43 Graham Road, the residence of A. Lee and Campbell.

10. After announcing their presence and their possession of a federal search and seizure warrant, law enforcement made entry into 43 Graham Road and located A. Lee in a second-floor bedroom laying on a bed with a young child who was sleeping next to a loaded firearm.

11. After the residence was secured and the search and seizures completed, law enforcement spoke with A. Lee who was read his Miranda rights and acknowledged that he understood his Miranda rights. A. Lee told law enforcement that, as part of the M. Lee

drug trafficking organization, he sold narcotics for over 18 months to numerous individuals. A. Lee told law enforcement that he would communicate with a male individual who had a display name of "Premium" on the social app "Telegram" in order to purchase bulk quantities of counterfeit Oxycodone pills. A. Lee went on to say that he would travel to California, and, while there, stay in various hotels. A. Lee would meet "Premium" in the parking lots of these hotels. During these meetings, A. Lee and "Premium" would engage in bulk transactions of counterfeit Oxycodone pills.

12. A. Lee also told law enforcement that he purchased approximately 12,000 counterfeit Oxycodone pills from "Premium" in California. A. Lee shipped this pills to his and Campbell's residence at 43 Graham Road via the United States Postal Service. This information is consistent with the seizure made by law enforcement referenced in paragraph 7 above.

13. A. Lee also told law enforcement that he would purchase prescription Oxycodone (not counterfeit) from a male A. Lee described as an "old white guy" in Massachusetts. A. Lee said he would resell the pills he bought in Massachusetts for approximately $20.00 per pill as opposed to the counterfeit pills which he sold for between $10.00 and $12.00 per pill.

14. A. Lee described the counterfeit Oxycodone as being pressed fentanyl pills. He purchased the counterfeit pills from "Premium" for around $6.00 per pill.

15. Law enforcement told A. Lee that they knew that, in the past, he has sent his customers to purchase narcotics from his mother, Campbell, when A. Lee was unavailable. A. Lee acknowledged to law enforcement that Campbell had sold narcotics to his customers. Further, A. Lee explained that he would only send customers to Campbell that he knew

for a long time and that he believed would not pose a problem for Campbell when Campbell was making the narcotics transactions.

16. Prior to the search of 43 Graham Road, law enforcement arrested Patrick Rickson ("Rickson") on May 25, 2022. Rickson was a known drug trafficker and associate of A. Lee. After his arrest, Rickson waived his Miranda rights and told law enforcement that he would obtain "pressed" pills from A. Lee that Rickson suspected contained fentanyl. Law enforcement later analyzed Rickson's cell phone and extracted text conversations between Rickson and A. Lee from February of 2022. These text conversations further implicated Campbell's involvement in A. Lee's trafficking of narcotics. A transcription of the text messages follows below:

| Sender | Message |
| --- | --- |
| **Rickson** | Yurr |
| **A. Lee** | Yo |
| **Rickson** | Whats good g |
| **Rickson** | Im trynah grab if you can? |
| **A. Lee** | I'm not back yet |
| **Rickson** | What time?  Or not today? |
| **Rickson** | Or I could meet one of your boys like you mentioned when I saw u last? |
| **A. Lee** | Tomorrow I'll see |
| **Rickson** | Lmk if I can link someone on ya team |
| **Rickson** | I got 200 |
| **A. Lee** | Ok |

| Rickson | Can u link me wit something tonight for the 200 |
|---|---|
| A. Lee | I'll try |
| Rickson | Sight |
| Rickson | Aight |
| A. Lee | 43 graham rd Windsor Ct |
| A. Lee | You've gonna have to go to door |
| A. Lee | Lmk how long |
| Rickson | Oh who I'm meeting ? I just gotta hit the atm then gonna head there |
| A. Lee | My mom |
| Rickson | Word please tell her I appreciate it.  I'll make sure to tell myself also when I get there |
| Rickson | Thanks pimpin preciate it tell your ma thanks again |

17. After executing a federal search and seizure warrant of 43 Graham Road, law enforcement located the following:  $30,200.00 in United States Currency in a downstairs bedroom used by Campbell; four firearms; high-capacity magazines; ammunition; approximately 25 pounds of marijuana; and various narcotic pills/tablets.

## CONCLUSION

18. Based on the above information, it is believed that $30,200.00 in United States Currency constitutes proceeds from the illegal sale and distribution of narcotics and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

19. The Defendant Asset represents proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and is,

therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for $30,200.00 in United States Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

                    VANESSA ROBERTS AVERY,
                    UNITED STATES ATTORNEY

By:   /S/ David C. Nelson
      David C. Nelson (ct25640)
      Assistant U.S. Attorney
      157 Church Street, 24th Floor
      New Haven, Connecticut 06510
      Tel:   (203) 821-3700
      Fax:   (203) 773-5373
      David.C.Nelson@usdoj.gov

## **DECLARATION**

I am a Special Agent with the Drug Enforcement Administration, United States Department of Justice, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of December, 2022.

<u>/s/ John Gray</u>
JOHN GRAY
SPECIAL AGENT, DEA